# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Gary Boudreaux
Main Prison Hickory 2 DOC No. 101068
Louisiana State Penitentiary
Angola LA 70712

**REHEARING ACTION: November 6, 2013**

**Docket Number: 13   00506-KH**

**STATE OF LOUISIANA**
**VERSUS**
**GARY BOUDREAUX**

**Writ Application from Vermilion Parish Case No. 22744**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gary Boudreaux** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent
    F. Stanton Hardee, III, Counsel for  the Respondent